257 So.2d 155

**Robert James HART**

v.

**Dick RICHARDSON, Wood Scales, Inc., et al.**

No. 52084.

Feb. 11, 1972.

In re: Robert James Hart applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of Washington. 255 So.2d 435.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

257 So.2d 155

**Oscar Lionel SMITH**

v.

**LOUISIANA BANK & TRUST COMPANY et al.**

No. 52096.

Feb. 11, 1972.

In re: Capital Bank & Trust Company applying for certiorari or writ of review, to the Court of Appeal, Second Circuit, Parish of Caddo. 255 So.2d 816.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that

counsel for plaintiff and defendant be notified.